# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MENNO SCHROEDER, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IMMEDIATE CREDIT RECOVERY, INC.<br><br>Defendant. | Case No.: 3:16-cv-01899-CAB-BLM<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Having considered the parties' joint motion to dismiss the action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court hereby grants the joint motion and orders the action dismissed without prejudice. The parties are to bear their own fees and costs.

Dated: September 12, 2016

_____
Hon. Cathy Ann Bencivengo
United States District Judge

ORDER